UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AYE AYE THEIN, *et al.*,

*PlaintiffS*,

v.

DONALD J. TRUMP, President of the United States, *et al.*,

*Defendants*.

Civil Action No. 25-2369 (SLS)

Judge Sparkle L. Sooknanan

### ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 22, the Court **GRANTS** in part and **DENIES** in part the Plaintiffs' Motion for Preliminary Injunction, ECF No. 11.

The Court **ORDERS** the Secretary of State to undertake good-faith efforts, directly and through his designees, to expeditiously process and adjudicate the Plaintiffs' applications that are currently in administrative processing by September 30, 2025.

The Court **FURTHER ORDERS** that in processing and adjudicating the relevant Plaintiffs' applications, the Secretary of State, directly and through his designees, is preliminarily enjoined from issuing visa-application refusals based on 8 U.S.C. § 1182(f), Proclamation 10949, or any guidance instructing consular officers to refuse visas based on Subsection 1182(f).

The Court **FURTHER ORDERS** the Defendants to file a status report by August 28, 2025, and another every seven days thereafter, that updates the Court on how many of the Plaintiffs' applications have been adjudicated and how many remain to be adjudicated.

The Court **FURTHER ORDERS** the Plaintiffs to post collectively a bond in the amount of $1.00. *See* Fed. R. Civ. P. 65(c).

This Order shall remain in effect until further order from this Court.

**SO ORDERED.**

                                                      SPARKLE L. SOOKNANAN
                                                     United States District Judge

Date: August 21, 2025