# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYE AYE THEIN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-2369 (SLS) <br><br> Judge Sparkle L. Sooknanan |

## ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 50, the Court **GRANTS** the Defendants' Cross-Motion to Dismiss, ECF No. 16, and **DENIES** the Plaintiffs' Motion for Emergency Injunctive Relief, ECF No. 45. The Court **ORDERS** that the Plaintiffs' Complaint is dismissed. The Court directs the Clerk of the Court to terminate this case from the active docket.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date: January 23, 2026